United States District Court
Southern District of Texas
**ENTERED**
July 01, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FEDERICO FLORES CAZARES, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> ALLSTATE VEHICLE AND PROPERTY § <br> INSURANCE COMPANY, § <br> § <br> Defendant. § | CIVIL ACTION NO. 7:18-CV-136 |

## **ORDER**

The Court now considers the joint stipulation of dismissal with prejudice[1] filed by the parties announcing to the Court "Plaintiffs no longer desire to pursue this suit against Defendant, and desire to dismiss all claims in this suit with prejudice to refiling same."[2] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs may dismiss an action without a court order by filing a stipulation of dismissal signed by all appearing parties. Since the stipulation of dismissal is signed by all appearing parties, Plaintiffs have effectively dismissed the case and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 1st day of July, 2019.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 31.
[2] *Id.* at p. 1.